UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORDAN CLOWER,<br><br>   Plaintiff,<br><br>  v.<br><br>COSTCO WHOLESALE CORPORATION,<br><br>   Defendant. | No. 1:23-cv-01621-KES-HBK<br><br>ORDER RELATING AND REASSIGNING CASES |
| MARTIN REYES,<br><br>   Plaintiff,<br><br>  v.<br><br>COSTCO WHOLESALE CORPORATION,<br><br>   Defendant. | No. 2:24-cv-00300-WBS-DB<br><br>**New Case No. 2:24-cv-00300-KES-HBK** |

  Defendant Costco Wholesale Corporation has filed a notice of related cases in the above-captioned actions. Examination of the above-captioned actions reveals that they are related within the meaning of the Local Rules. "[B]oth actions involve similar questions of fact and the same question of law and their assignment to the same Judge or Magistrate Judge is likely to

1  effect a substantial savings of judicial effort." L.R. 123(a)(3).  Additionally, the putative class in
2  the *Reyes* case appears to include the putative class in the *Clower* case, the defendant is the same
3  in each case, and the actions are based on the same or similar claims.  *See* L.R. 123(a)(1).  The
4  assignment of these matters to the same judge is likely to effect a substantial savings of judicial
5  effort and is likely to be convenient for the parties.

6      The parties should be aware that relating cases under Rule 123 causes the actions to be
7  assigned to the same judge—it does not consolidate the actions.  Under Rule 123, related cases
8  are generally assigned to the judge and magistrate judge to whom the first filed action was
9  assigned.

10      Good cause appearing, this Court finds the above-captioned cases are related and hereby
11  ORDERS that Case No. 2:24-cv-00300-WBS-DB be reassigned from Senior District Judge
12  William B. Shubb to District Judge Kirk E. Sherriff and from Magistrate Judge Deborah Barnes
13  to Magistrate Judge Helena M. Barch-Kuchta.  The caption on documents filed in the reassigned
14  case shall show the new case number: 2:24-cv-00300-KES-HBK.

15      It is further ORDERED that the Clerk of the Court make appropriate adjustment in the
16  assignment of civil cases to compensate for this reassignment.

18  IT IS SO ORDERED.
19      Dated:  March 15, 2024

    UNITED STATES DISTRICT JUDGE